447 A.2d 943

**Richard N. WILT, Appellant,**

**v.**

**DEPARTMENT OF REVENUE, Commonwealth of Pennsylvania**

**and**

**Milton Lopus, Secretary of Revenue, Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 18, 1982.

Decided June 17, 1982.

Reargument Denied Aug. 3, 1982.

Jay R. Braderman, Robert S. Mirin, Harrisburg, for appellant.

Randall G. Gale, Deputy Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM:

Order affirmed, Pa.Cmwlth., 436 A.2d 713.